

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2018

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES**, A Texas Partnership,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

Appellants, Charlie R. Tankersley and Nancy L. Tankersley, filed a notice of bankruptcy stating they are the debtors in a Chapter 13 bankruptcy proceeding currently pending in the United States Bankruptcy Court for the Western District of Texas, Austin Division, case number 18-11027. *See* TEX. R. APP. P. 8.1. Accordingly, we **ORDER** this appeal abated and removed from the court's active docket; it will be reinstated only upon proper motion. *See id.* R. 8.2, 8.3; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 4. It is the parties' responsibility to immediately notify this Court once the automatic bankruptcy stay is lifted. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3.

We further **order** the clerk of this court to send copies of this order to the trial court clerk, the court reporter, Charlie R. and Nancy L. Tankersley, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court